UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:12-CR-82 RM |
| | ) | |
| KIMBERLY LEPITRE (04) | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on November 5, 2012. Accordingly, the court ADOPTS those findings and recommendations [docket # 74], ACCEPTS defendant Kimberly Lepitre's plea of guilty, and FINDS the defendant guilty of Count 6 of the Indictment, in violation of 18 U.S.C. § 922(g)(3).

SO ORDERED.

ENTERED: __November 26, 2012__

 __/s/ Robert L. Miller, Jr.__
Judge, United States District Court
Northern District of Indiana