

UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| DAVID C DIRCKS | ) |
|---|---|
| Plaintiff(s) | ) |
| V. | )   Civil Action No.   3:14cv101 a/f 3:12cr82 |
| UNITED STATES OF AMERICA | ) |
| Defendant(s) | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff(s) _____ recover from the defendant(s) _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff(s) recover nothing, the action to be dismissed on the merits, and the defendant(s) _____ recover costs from the plaintiff(s) _____.

☒ other:   The petition is DENIED pursuant to 28:2255.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Robert L. Miller Jr.   on a motion for   his sentence to be vacated   pursuant to 28:2255.

Date   February 15, 2014

*CLERK OF COURT*

s/KSchwenk

*Signature of Clerk or Deputy Clerk*